■ In the Matter of PASQUALE SIMONE by BENNETT M. EPSTEIN, Petitioner, v JOEL TYLER, Respondent.—Application for an order in the nature of writs of prohibition and mandamus unanimously denied, and the petition

dismissed, without costs and without disbursements. (See *Matter of Glass [Markewich]* 6 AD2d 793, 794.) No opinion. Concur—Lupiano, J. P., Fein, Lane, Markewich and Sandler, JJ.